IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| QUINTIN DROLLINGER,<br><br>                  Plaintiff,<br><br>v.<br><br>ROBERT LARNA,<br><br>                  Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:19-CV-184 TS-PMW<br><br>District Judge Ted Stewart |

       In March 2019, the Court granted Plaintiff's request to proceed in forma pauperis and he filed his Complaint. This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).

       The Magistrate Judge issued a Report and Recommendation on May 17, 2019. The Magistrate Judge recommends that this action be dismissed with prejudice for failure to state a claim.

       Pursuant to 28 U.S.C. § 636(b)(1), a party has 14 days from being served with a copy of the Report and Recommendation to file an objection. Plaintiff has not responded to the Report and Recommendation and the mail sent to him was returned as unclaimed. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

       ORDERED that the Magistrate Judge's May 17, 2019 Report and Recommendation (Docket No. 11) is ADOPTED IN FULL. It is further

       ORDERED that this action is dismissed with prejudice.

DATED this 10th day of June, 2019.

BY THE COURT:

_____
Ted Stewart
United States District Judge